UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE OCUGEN, INC. DERIVATIVE LITIGATION | Lead Case No. 2:21-cv-03876 |

JOINT STIPULATION AND ORDER CONTINUING STAY AND
STATUS REPORT

WHEREAS, by Stipulation and Order dated September 20, 2021 (ECF No. 11) and so ordered by the Court on April 12, 2022 (ECF Doc. No. 13) (the "Stay Order"), this Court stayed this action pending resolution of the motion to dismiss in the consolidated securities action, *In re Ocugen Securities Litigation*, Master File 21-2725 (E.D. Pa.) (the "Securities Litigation"). The Stipulation further provided that counsel would notify the Court within fifteen (15) days of the order on the motion to dismiss filed in the Securities Litigation;

WHEREAS, by Stipulation and Order dated October 19, 2021 and so ordered by the Court on April 12, 2022 (ECF Doc. No. 14), this Court consolidated a second related action, applied the Stay Order to the related action, and appointed lead counsel;

WHEREAS, on March 3, 2023, this Court issued a decision granting the motion to dismiss in the Securities Action (*see* ECF Doc Nos. 53-54 in the Securities Litigation);

WHEREAS, the time to appeal the order in the Securities Action has not expired;

WHEREAS, the Parties respectfully submit that, in the interests of judicial economy and to conserve the resources of the Court and the parties, the stay be continued during the pendency of any appeal of the order and memorandum in the Securities Litigation;

WHEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1.  That the Stay Order (ECF Doc. No. 13) remain in effecting pending the filing and resolution of any appeal filed in the Securities Litigation and that all the conditions set forth in the Stipulation and Order Consolidating the Actions remain in effect (ECF Doc. No. 14).

2.  In the event that an appeal is not filed in the Securities Litigation, the stay will continue for a period of thirty (30) days after the expiration of the time for the plaintiffs to appeal such Order in the Securities Litigation, by which time the parties will provide the Court with an updated status report.

Dated: March 15, 2023                           **GLANCY PRONGAY & MURRAY LLP**

**By:**   /s/ Daniella Quitt
          Daniella Quitt (admitted Pro Hac Vice)
          745 Fifth Avenue, 5 FL
          New York, NY 10019
          Telephone: (212) 935-7400
          Email: dquitt@glancylaw.com

          Lee Albert (PA Bar No. 046852)
          GLANCY PRONGAY & MURRAY LLP
          230 Park Ave., Ste. 358
          New York, NY 10169
          Telephone: (212) 682-5340
          Email: lalbert@glancylaw.com

          Pavithra Rajesh (Admitted Pro Hac Vice)
          GLANCY PRONGAY & MURRAY LLP
          1925 Century Park East, Suite 2100
          Los Angeles, California 90067
          Telephone: (310) 201-9150
          Email: prajesh@glancylaw.com

          Co-Lead Counsel for Plaintiffs

|  |  |
|---|---|
|  | Frank R. Cruz (Pro Hac Vice forthcoming)<br>THE LAW OFFICES OF FRANK R. CRUZ<br>1999 Avenue of the Stars, Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (310) 914-5007<br><br>Counsel for Plaintiff Musso |
| Dated: March 14, 2023 | LAW OFFICES OF BERNARD M. GROSS, P.C. |
| By: | */s/ Susan M. Gross*<br>Susan M. Gross<br>Two Penn Center, Suite 1910<br>1500 John F. Kennedy Blvd<br>Philadelphia, PA 19102<br>Telephone: (215) 561-3600<br>Facsimile: (215) 561-3000<br>Email: susang@bernardmgross.com<br><br>Counsel for Plaintiff Voter<br><br>Thomas J. McKenna (Pro Hac Vice forthcoming)<br>Gregory M. Egleston<br>GAINEY McKENNA & EGLESTON<br>501 Fifth Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 983-1300<br>Facsimile: (212) 983-0383<br>Email: tjmckenna@gme-law.com<br>Email: gegleston@gme-law.com<br><br> Co-Lead Counsel for Plaintiffs |
| Dated: March 14, 2023 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| By: | */s/ Jay Dubow*<br>Jay A. Dubow (PA Bar No. 41741)<br>3000 Two Logan Square,<br>Eighteenth and Arch Streets<br>Philadelphia, PA  19103<br>Tel: 215.981.4583 | Internal: 801-4583<br>Email: jay.dubow@troutman.com |

3

Whitney R. Redding (PA Bar No. 308893)
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219
412-454-5000
Email: whitney.redding@troutman.com

Counsel for Defendants

IT IS SO ORDERED this **16th** day of March , 2023.

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

## PROOF OF SERVICE

I hereby certify that on this 15th day of March 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Lee Albert*
Lee Albert