UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE OCUGEN, INC. DERIVATIVE LITIGATION | Lead Case No. 2:21-cv-03876 |

## STIPULATION AND ORDER VOLUNTARILY DISMISSING ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1 AND 41

Plaintiffs Christy Musso and Melissa Voter ("Plaintiffs"); Nominal Defendant Ocugen, Inc. ("Ocugen"); and Defendants Shankar Musunuri, Ramesh Kumar, Junge Zhang, Uday Kompella, Manish Potti, Kirsten Castillo, Prabhabathu Fernandes, Suha Taspolatoglu, and Sanjay Subramanian (collectively, the "Individual Defendants," and together with Ocugen, the "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 30, 2021, plaintiff Christy Musso filed a verified stockholder derivative complaint on behalf of Ocugen against the Individual Defendants, captioned *Musso v. Musunuri, et al.*, Case No. 2:21-cv-03876 (the "*Musso* Action");

WHEREAS, on September 22, 2021, plaintiff Melissa Voter filed a verified stockholder derivative complaint on behalf of Ocugen against the Individual Defendants, captioned *Voter v. Musunuri, et al.*, Case No. 2:21-cv-04169 (the "*Voter* Action");

WHEREAS, on April 12, 2022, the Court granted the stipulation to stay the *Musso* Action pending the resolution of defendants' motion to dismiss the related securities class action, captioned *In re Ocugen, Inc. Sec. Litig.*, Case No. 2:21-cv-02725 (E.D. Pa.) (the "Securities Class Action") (ECF No. 13);

WHEREAS, on April 12, 2022, the Court granted the parties' stipulation consolidating the *Musso* Action and *Voter* Action, appointing co-lead counsel, and staying the Consolidated Action pursuant to the terms of the *Musso* Action (ECF No. 14);

1068971.2

WHEREAS, on March 3, 2023, the motion to dismiss the Securities Class Action was granted with prejudice (Securities Class Action, ECF No. 54);

WHEREAS, on March 16, 2023, the Court granted the parties' stipulation continuing the stay of the Consolidated Action pending the filing and resolution of any appeal filed in the Securities Class Action (ECF No. 23);

WHEREAS, on April 12, 2024, the United States Court of Appeals for the Third Circuit affirmed the Court's order dismissing the Securities Class Action (Securities Class Action, ECF No. 57);

WHEREAS, after due consideration of the decisions on the motion to dismiss the Securities Class Action, Plaintiffs wish to voluntarily dismiss the Consolidated Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice as to Plaintiffs, Ocugen, and/or any other Ocugen shareholder;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the Consolidated Action on the merits, and that each Party shall bear its own fees and costs incurred in connection with the Consolidated Action; and

WHEREAS, the Parties agree and respectfully submit that notice to shareholders of this dismissal is unnecessary here because: (i) the dismissal is without prejudice to the ability of Plaintiffs, any Ocugen shareholder, or Ocugen itself, to pursue the claims; (ii) there has been no settlement or compromise of the Consolidated Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiffs nor their counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. This Consolidated Action shall be dismissed without prejudice as to Plaintiffs, Ocugen, and/or any other Ocugen shareholder; and

2. The Parties shall bear their own fees and costs.

Dated: April 17, 2024

*/s/ Pavithra Rajesh*
**GLANCY PRONGAY & MURRAY LLP**
Daniella Quitt (admitted Pro Hac Vice)
745 Fifth Avenue, 5th Floor
New York, NY 10151
Telephone: (212) 935-7400
Facsimile: (212) 756-3630
Email: dquitt@glancylaw.com

Lee Albert (PA Bar No. 046852)
230 Park Ave., Ste. 358
New York, NY 10169
Telephone: (212) 682-5340
Email: lalbert@glancylaw.com

Pavithra Rajesh (admitted Pro Hac Vice)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: prajesh@glancylaw.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com
       gegleston@gme-law.com

*Co-Lead Counsel for Plaintiffs*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz

|  |  |
|---|---|
|  | 1999 Avenue of the Stars, Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (310) 914-5007<br><br>*Counsel for Plaintiff Musso* |
| Dated: April 17, 2024 | */s/ Jay A. Dubow*<br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>Jay A. Dubow (PA. Bar No. 41741)<br>3000 Two Logan Square,<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4583<br>Email:robert.hickok@troutman.com<br>jay.dubow@troutman.com<br><br>Whitney R. Redding (PA Bar No. 308893)<br>Union Trust Building<br>501 Grant Street, Suite 300<br>Pittsburgh, PA 15219<br>Telephone: (412) 454-5000<br>Email: whitney.redding@troutman.com<br><br>*Counsel for Defendants* |

**APPROVED BY THE COURT:**

| | |
|---|---|
| **DATED: April 26, 2024** | /s/ Chad F. Kenney<br>_____<br>**CHAD F. KENNEY, JUDGE** |

## PROOF OF SERVICE

I hereby certify that on this 17th day of April 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                         */s/ Pavithra Rajesh*
                                         Pavithra Rajesh